478 A.2d 64

In the Interest of Hager.

 Submitted January 31, 1984. Nancy V. Larkin, Assistant Public Defender, for appellants; Michael J. Kane, District Attorney, for Commonwealth, participating party.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

The orders of the trial court are affirmed.